**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: JENNIFER R. WALKUP  
1732 ROUTE 176  
CRYSTAL LAKE, IL 60014  

SSN-xxx-xx-0516

Case Number: 03-76177

Case filed on: 12/1/2003  
Plan Confirmed on: 1/30/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $24,123.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | JENNIFER R. WALKUP | 0.00 | 0.00 | 53.53 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 53.53 | 0.00 |
| 001 | WASHINGTON MUTUAL BANK FA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BLATT AND ASSOCIATES | 14,175.93 | 14,175.93 | 14,175.93 | 0.00 |
| 004 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | DISCOVER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | FIRST CARD - AARP | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FIRST USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PENTAGROUP FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | SHELL MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | US BANK/ELAN RETAIL PMT SOLUTIONS | 7,051.95 | 7,051.95 | 7,051.95 | 0.00 |
| 011 | BLATT & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 21,227.88 | 21,227.88 | 21,227.88 | 0.00 |
|  | Grand Total: | 22,427.88 | 22,427.88 | 22,481.41 | 0.00 |

Total Paid Claimant: $22,481.41  
Trustee Allowance: $1,641.59  
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008         By   /s/Heather M. Fagan